Robert J. Tuerck, State Bar No. 255741
JACKSON & TUERCK
429 Main Street, Suite C
P.O. Box 148
Quincy, CA 95971
Tel: (530) 283-0406
Fax: (530) 283-0416
E-mail: bob@jacksontuerck.com

Andrew L. Packard, State Bar Number 168690
Erik M. Roper, State Bar No. 259756
LAW OFFICES OF ANDREW L. PACKARD
100 Petaluma Boulevard, Suite 301
Petaluma, CA 94952
Tel: (707) 763-7227
Fax: (707) 763-9227
E-mail: andrew@packardlawoffices.com

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING PROTECTION ALLIANCE

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE<br><br>Plaintiff,<br><br>-v-<br><br>CONTECH CONSTRUCTION PRODUCTS INC., et al.<br><br>Defendants. | Case No. 2:10-CV-00902-LKK-EFB<br><br>**STIPULATION AND PROPOSED ORDER EXTENDING THE TIME FOR DEFENDANTS TO RESPOND T0 PLAINTIFF'S COMPLAINT AND EXTENDING DATE OF STATUS CONFERENCE AND STATUS REPORT**<br><br>Judge: Hon. Lawrence K. Karlton |

Plaintiff California Sportfishing Protection Alliance ("CSPA") and Defendants Contech Construction Products Inc. and Dan Moody (collectively "Contech"), hereby stipulate to extending the time to respond to Plaintiff's Complaint. Based upon agreement of the parties that the effective date of service is May 28, 2010, the current due date for Defendants' response is June 18, 2010. With the extension, the due date for a responsive pleading is August 17, 2010.

Counsel for CSPA and Contech are presently discussing settlement terms and have made progress towards resolving this case without further judicial involvement. Thus, the parties hereby stipulate to extend the time in which Defendants may file their Answer or otherwise move with respect to Plaintiff's Complaint by an additional 60 days, up to and including August 17, 2010.

In addition, and for the same reasons, the parties stipulate to extending the date of the Status (Pretrial Scheduling) Conference and the Status Report due fourteen days prior to such Status Conference. By order of the Court, a Status Conference is set for June 28, 2010 at 03:00 PM. The parties would prefer to focus their resources on resolving this case. As such, the parties respectfully request a 60-day extension of Status (Pretrial Scheduling) Conference and associated Status Report. The status conference is continued to September 8, 2010 at 11:00 a.m. Status reports shall be filed fourteen (14) days prior to the new status conference date.

Respectfully Submitted,

DATED:  June 11, 2010                    JACKSON & TUERCK

/s/ Robert J. Tuerck
Robert J. Tuerck
Attorney for Plaintiff
CALIFORNIA SPORTFISHING PROTECTION ALLIANCE

DATED:  June 11, 2010                    KEATING MUETHING & KLEKAMP PLL

/s/ Jill A. Weller
(As authorized June 11, 2010)
Jill A. Weller
Attorney for Defendants
CONTECH CONSTRUCTION PRODUCTS INC
AND DAN MOODY

**ORDER**

Based upon the foregoing Stipulation and good cause appearing therefore:

IT IS SO ORDERED.

Dated:   June 11, 2010

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT