UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CALIFORNIA SPORTFISHING
PROTECTION ALLIANCE,

        NO. CIV. S-10-0902 LKK/EFB

    Plaintiff,

  v.

        O R D E R

CONTECH CONSTRUCTION ,
PRODUCTS, INC., et al.,

    Defendants.
                            /

    Pursuant to the stipulation of the parties (Dkt. No. 12), the court ORDERS as follows:

    1.    The time for defendants to file an answer to plaintiff's complaint is EXTENDED up to and including October 16, 2010.

    2.    The status conference presently set for September 7, 2010 is CONTINUED to November 15, 2010 at 2:00 p.m.

    IT IS SO ORDERED.

    DATED: August 27, 2010.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26