Robert J. Tuerck, State Bar No. 255741
JACKSON & TUERCK
429 Main Street, Suite C
P.O. Box 148
Quincy, CA 95971
Tel: (530) 283-0406
Fax: (530) 283-0416
E-mail: bob@jacksontuerck.com

Andrew L. Packard, State Bar Number 168690
Erik M. Roper, State Bar No. 259756
LAW OFFICES OF ANDREW L. PACKARD
100 Petaluma Boulevard, Suite 301
Petaluma, CA 94952
Tel: (707) 763-7227
Fax: (707) 763-9227
E-mail: andrew@packardlawoffices.com

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING PROTECTION
ALLIANCE

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE<br><br>                    Plaintiff,<br><br>    -v-<br><br>CONTECH CONSTRUCTION PRODUCTS INC., et al.<br><br>                    Defendants. | Case No. 2:10-CV-00902-LKK-EFB<br><br>**STIPULATION AND ORDER EXTENDING THE TIME FOR DEFENDANTS TO RESPOND T0 PLAINTIFF'S COMPLAINT AND EXTENDING DATE OF STATUS CONFERENCE AND STATUS REPORT**<br><br>Judge: Hon. Lawrence K. Karlton |

Plaintiff California Sportfishing Protection Alliance ("CSPA") and Defendants Contech Construction Products Inc. and Dan Moody (collectively "Contech"), hereby stipulate to extending the time to respond to Plaintiff's Complaint.

Counsel for CSPA and Contech continue to discuss settlement terms and have made considerable progress towards resolving this case without further judicial involvement. Thus, the parties hereby stipulate to extend the time in which Defendants may file their Answer or otherwise

move with respect to Plaintiff's Complaint by an additional 60 days, up to and including December 15, 2010.

In addition, and for the same reasons, the parties stipulate to extending the date of the Status (Pretrial Scheduling) Conference and the Status Report due fourteen days prior to such Status Conference. By order of the Court, a Status Conference is now set for November 15, 2010 at 2:00 P.M. The parties would prefer to focus their resources on resolving this case. As such, the parties respectfully request a 60-day extension of Status (Pretrial Scheduling) Conference and associated Status Report.

Respectfully Submitted,

DATED:  October 14, 2010                     JACKSON & TUERCK

/s/ Robert J. Tuerck
Robert J. Tuerck
Attorney for Plaintiff
CALIFORNIA SPORTFISHING PROTECTION ALLIANCE

DATED:  October 14, 2010                     KEATING MUETHING & KLEKAMP PLL

/s/ Jill A. Weller
(As authorized October 14, 2010)
Jill A. Weller
Attorney for Defendants
CONTECH CONSTRUCTION PRODUCTS INC. AND DAN MOODY

**ORDER**

Based upon the foregoing Stipulation and good cause appearing therefore:

The status conference set for November 15, 2010 is continued to February 7, 2011 at 11:00 am. The parties shall file their status reports fourteen (14) days prior to the status conference.

IT IS SO ORDERED.

Dated:   October 29, 2010

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

3640008.2