UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CALIFORNIA SPORTFISHING
PROTECTION ALLIANCE, a
nonprofit corporation,

       NO. Civ.S-10-0902 LKK/EFB

    Plaintiff,

  v.

**ORDER RE DISPOSAL DOCUMENTS AFTER NOTIFICATION OF SETTLEMENT**

CONTECH CONSTRUCTION PRODUCTS,
INC., et al.,

    Defendants.

_____/

    Counsel for plaintiff has filed a Notice of Settlement in the above-captioned case. The court now orders that the dispositional documents disposing of the case be filed no later than February 25, 2011.

    All hearing dates heretofore set in this matter are hereby **VACATED**.

    <u>FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO CONTRIBUTED TO THE VIOLATION OF THIS ORDER.</u>

////

1

1   IT IS SO ORDERED.

2   DATED:  December 21, 2010.

                                     _____
                                     LAWRENCE K. KARLTON
                                     SENIOR JUDGE
                                     UNITED STATES DISTRICT COURT