ROBERT J. TUERCK (Bar No. 255741)
Jackson & Tuerck
P.O. Box 148
429 W. Main Street, Suite C
Quincy, CA 95971
Tel: (530) 283-0406
E-mail: bob@jacksontuerck.com

ANDREW L. PACKARD (Bar No. 168690)
ERIK M. ROPER (Bar No. 259756)
HALLIE B. ALBERT (Bar No. 258737)
Law Offices of Andrew L. Packard
100 Petaluma Blvd. N., Suite 301
Petaluma, CA 94952
Tel: (707) 763-7227
Fax: (707) 763-9227
E-mail: Andrew@packardlawoffices.com

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING
PROTECTION ALLIANCE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>　　　　　　Plaintiff,<br>　vs.<br><br>CONTECH CONSTRUCTION PRODUCTS INC. an Ohio corporation, and DAN MOODY, an individual<br>　　　　　　Defendants. | Case No. 2:10−CV−00902−LKK−EFB<br><br>**STIPULATION TO APPROVE CONSENT AGREEMENT AND TO DISMISS PLAINTIFF'S CLAIMS WITH PREJUDICE; ORDER APPROVING CONSENT AGREEMENT AND GRANTING DISMISSAL WITH PREJUDICE [FRCP 41(a)(2)]**<br><br>(Federal Water Pollution Control Act, 33 U.S.C. §§ 1251 to 1387) |

TO THE COURT:

　　Plaintiff California Sportfishing Protection Alliance ("PLAINTIFF" or "CSPA"), and Defendants Contech Construction Products Inc. ("CONTECH") and Dan Moody ("MOODY"),[1] (collectively, the "Parties") stipulate as follows:

---

[1] Unless otherwise noted, CONTECH and MOODY shall be referred to collectively herein as "DEFENDANTS."

STIPULATION AND [PROPOSED] ORDER TO　　　　　　　　　　　CASE NO. 2:10-CV-00902-LKK-EFB
APPROVE CONSENT AGREEMENT AND DISMISS

1

**WHEREAS**, on or about February 8, 2010, CSPA provided DEFENDANTS with a Notice of Violations and Intent to File Suit ("60-Day Notice Letter") under Section 505 of the Federal Water Pollution Control Act ("Act" or "Clean Water Act"), 33 U.S.C. § 1365;

**WHEREAS**, on April 14, 2010, CSPA filed its Complaint against DEFENDANTS in this Court, *California Sportfishing Protection Alliance v. Contech Construction, Inc., et al.*, (USDC, E.D. Cal., Case No. 2:10−CV−00902−LKK−EFB) and said Complaint incorporated by reference all of the allegations contained in CSPA's 60-Day Notice Letter dated February 8, 2010;

**WHEREAS**, CSPA and DEFENDANTS, through their authorized representatives and without either adjudication of CSPA's claims or admission by DEFENDANTS of any alleged violation or other wrongdoing, have chosen to avoid the costs and uncertainties of further litigation and to resolve the allegations of CSPA as set forth in the Clean Water Act Notice Letters and Complaint, in full by way of settlement.  A copy of the agreement ("Consent Agreement") entered into by CSPA and DEFENDANTS is attached hereto as **<u>Exhibit A</u>** and incorporated by this reference.

**WHEREAS**, the Parties submitted the Consent Agreement via certified mail, return receipt requested, to the U.S. EPA and the U.S. Department of Justice ("the agencies") and the 45-day review period set forth at 40 C.F.R. § 135.5 has been completed without objection by the agencies.

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED TO BY AND BETWEEN THE PARTIES**:

1.  That the Court be requested to approve the Consent Agreement attached hereto as Exhibit A and enter judgment in therewith.

2.  That CSPA's claims, as set forth in the Clean Water Act Notice Letters and First Amended Complaint, be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).  The Parties respectfully request an order from this Court dismissing such claims with prejudice.  In accordance with Paragraph 16 of the Consent Agreement, the Parties also request

that this Court retain and have jurisdiction over the Parties in accordance with Paragraph 13 of the Consent Agreement through May 30, 2014 (or May 30, 2015 if the term of the Consent Agreement is extended pursuant to the terms set out in Paragraph 2(e) of the Consent Agreement), for the sole purpose of resolving any disputes between the Parties with respect to enforcement of any provision of the Consent Agreement.

DATED:  February 10, 2011             JACKSON & TUERCK

/s/ Robert J. Tuerck
Robert J. Tuerck
Attorney for Plaintiff
CALIFORNIA SPORTFISHING PROTECTION ALLIANCE

DATED:  February 10, 2011             KEATING MUETHING & KLEKAMP PLL

Jill A. Weller
Attorney for Defendants
CONTECH CONSTRUCTION PRODUCTS INC.
DAN MOODY

# ORDER

**WHEREAS**, the Parties have consented to entry of the foregoing Consent Agreement and requested the Court's approval and entry thereof; and

**WHEREAS**, pursuant to 33 U.S.C. § 1365(c)(3), the Parties submitted the Consent Agreement to the United States Attorney General and the Administrator of the United States Environmental Protection Agency and the 45-day review period has been completed without objection by the agencies;

**WHEREAS**, the Court has reviewed the Consent Agreement and fully considered the Parties' request to enter this Consent Agreement as an order; and

**WHEREAS**, the Court finds the Consent Agreement to be: (1) fair, adequate and reasonable; (2) consistent with applicable laws; and (3) protective of the public interest; and

**WHEREAS**, good cause appearing therefore,

1. THIS CONSENT AGREEMENT IS HEREBY APPROVED AND JUDGMENT IS ENTERED IN ACCORDANCE THEREWITH;

2. Plaintiff California Sportfishing Protection Alliance's claims against Contech Construction Products Inc. and Dan Moody, an individual, as set forth in the Clean Water Act Notice Letters and Complaint filed in Case No. 2:10−CV−00902−LKK−EFB, are hereby dismissed with prejudice.

IT IS FURTHER ORDERED that the Court shall retain and have jurisdiction over the Parties with respect to disputes arising under the Consent Agreement attached to the Parties' Stipulation to Approve Consent Agreement and Dismiss as **Exhibit A**.

IT IS SO ORDERED.                    UNITED STATES DISTRCIT COURT FOR THE
                                     EASTERN DISTRICT COURT OF CALIFORNIA

Dated:  February 16, 2011

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

STIPULATION AND [PROPOSED] ORDER TO                      CASE NO. 2:10-CV-00902-LKK-EFB
APPROVE CONSENT AGREEMENT AND DISMISS